**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARLIN FAJARDO MARROQUIN,**<br>Petitioner,<br>vs.<br>**JEFF SESSIONS, ET AL.,**<br>Respondents. | CASE NO. 18-cv-01475-YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION** |

Petitioner Marlin Fajardo Marroquin is **ORDERED TO SHOW CAUSE** why this action should not be dismissed as moot.

On July 3, 2018, the Court issued an order vacating the hearing on petitioner's amended petition for a writ of habeas corpus in light of petitioner's failure to file a reply to respondents' opposition by June 28, 2018. (Dkt. No. 14.) The Court gave petitioner until July 10, 2018 to file his reply, or allowed the parties alternatively to file a joint statement providing an update to the Court by July 17, 2018 regarding the status of petitioner's amended petition in light of the certification of a class and preliminary injunction ordered in *Aleman Gonzalez v. Sessions*, 18-cv-01869-JSC ("*Aleman Gonzalez*"). (*Id.*)

Petitioner made no filing on July 10, 2018, and on July 11, 2018, respondents filed a separate status report explaining that petitioner received a bond hearing before an immigration judge ("IJ") on June 27, 2018 pursuant to the preliminary injunction ordered in *Aleman Gonzalez*. (Dkt. No. 15. at 1.) Respondents' filing indicates that the IJ denied bond, citing flight risk. (*Id.*; *see also* Dkt. Nos. 16, 16-1.)[1]

Petitioner's written response to this Order to Show Cause must be filed no later than the

---

[1] In light of respondents' status report, the compliance hearing currently set for July 20, 2018 is hereby **VACATED**.

previously-ordered date of **July 17, 2018**. Failure to respond will be deemed a concession by petitioner that the case is moot in light of the bond hearing held on June 27, 2018 and should thus be dismissed.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**