**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARLIN FAJARDO MARROQUIN | ) | |
| A# 212 991 644 | ) | 4:18-cv-01475-YGR |
| Plaintiff-Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF SESSIONS, U.S. Attorney General | ) | |
| General; ROBIN BARRETT, | ) | |
| San Francisco ICE Field Office Director, | ) | |
| Defendants-Respondents. | ) | |

**NOTICE OF VOLUPVARY DISMISSAL**

The Petitioner received a bond hearing in the immigration court, so her habeas is now moot. The petitioner requests an order dismissing this habeas petition.

Dated 7/17/18

/s/ Yuli Kaplunovsky
Yuli Kaplunovsky SBN 299178
1669-2 Hollenbeck Ave. #211
Sunnyvale, CA 94087
Phone: (408) 309 4506
yk@yulilaw.com

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*7/17/18*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on the Respondents' attorneys via ECF on 7/17/18.

/s/ Yuli Kaplunovsky
Yuli Kaplunovsky

1